WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| ORIN L. & GAY LEE BIGMAN, Trustees of the Bigman Revocable Family Trust dated 12/15/1999,<br><br>Plaintiff,<br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a subsidiary of TRAVELERS INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 18-cv-00140-HSG<br>(Contra Costa Case No. C17-02366)<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE<br><br><br><br>Original Complaint Filed: 12/6/2017<br>Trial: None Set |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: 2/26/2018

*[signature: Haywood S. Gilliam Jr.]*
HONORABLE JUDGE OF THE
U.S. DISTRICT COURT

-3-